IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Docket No. 5:15-cr-47-RLV |
| ) | |
| v. ) | |
| ) | |
| WILLIAM DAVID POPE ) | **ORDER** |

This matter is before the Court on the Motion of the United States of America to dismiss without prejudice Counts One, Three, and Four against Defendant William David Pope in the Bill of Indictment in the above-captioned case, because he has entered a guilty plea to Count Two.

It is hereby ordered that the motion be GRANTED and Counts One, Three, and Four against Defendant William David Pope in the above-captioned Bill of Indictment be dismissed without prejudice.

Signed: December 29, 2015

Richard L. Voorhees
United States District Judge